■ THEODORE ROBINSON et al., Individually and as Natural Guardians of KRYSTAL ROBINSON, et al., Respondents, v BERNZOMATIC CORPORATION et al., Appellants. (Appeal No. 1.) [648 NYS2d 419] —Appeal unanimously dismissed without costs (*see, Loafin' Tree Rest. v Pardi* [appeal No. 1], 162 AD2d 985). (Appeal from Order of Supreme Court, Orleans County, Gorski, J.—Dismiss Complaint.) Present—Denman, P. J., Lawton, Wesley, Callahan and Balio, JJ.